# **EXHIBIT B**

|  | DEFENDANTS | | | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CAUSES OF ACTION | FFI | FAST | Higgins | Mahoney | Stinger | Beiner | Epstein | Erickson | Akpan | FCS | Looney | Loe | Rose | Gatewood |
| Count I (Negligent Hiring) | X |  | X |  |  |  |  |  |  |  |  |  |  |  |
| Count II (Negligent Hiring) |  | X | X |  |  |  |  |  |  |  |  |  |  |  |
| Count III (Negligent Supervision, Retention, Undertaking) | X | X | X | X | X | X | X | X | X |  |  |  |  |  |
| Count IV (Negligent Undertaking) |  |  |  |  |  |  |  |  |  | X | X | X | X | X |
| Count V (1983; Violation of Substantive Due Process - Failure to follow policies) |  | X | X | X | X | X |  | X | X |  |  |  |  |  |
| Count VI (1983; Violation of Substantive Due Process - Failure to Take Corrective Action) |  | X | X | X | X | X |  | X | X |  |  |  |  |  |
| Count VII: (1983; Violation fo Substantive Due Process - Failure to follow policies) |  |  |  |  |  |  |  |  |  | X | X | X | X | X |
| Count VIII (1983; Equal Protection) |  | X | X | X | X | X |  | X | X | X |  |  |  |  |
| Count IX (Title IX; Deliberate Indifference to Vandel's History) |  | X |  |  |  |  |  |  |  | X |  |  |  |  |
| Count X (Title IX; Deliberate Indifference to Vandel's Sexual Harassment at FAST) |  | X |  |  |  |  |  |  |  | X |  |  |  |  |
| Count XII (Title IX; Deliberate Indifference to Rape of Jane Doe II) |  | X |  |  |  |  |  |  |  | X |  |  |  |  |